Manuel Perez-Colon, #14885-069
FCC Coleman-USP-1
P.O. Box 1033
Coleman, Florida 33521-1033

CERTIFIED MAIL

7007 1490 0001 6764 7023



Clerk of the Court
U.S. District Court
Federal Building Office
Room #150 Chardon Ave.
San Juan, Puerto Rico 00918

LEGAL MAIL        LEGAL MAIL